

**VIA EMAIL TO LEGAL@CLOUDFLARE.COM**

May 31, 2019

Justin Paine
Cloudflare, Inc.
101 Townsend Street
Legal Department
San Francisco, CA 94107

Dear Mr. Paine:

I am contacting you on behalf of the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture and distribute approximately eighty-five (85) percent of all legitimate sound recordings sold in the United States.

We have determined that users of your system or network have infringed our member record companies' copyrighted sound recordings.

Enclosed is a subpoena compliant with the Digital Millennium Copyright Act. The subpoena requires that you provide the RIAA with information concerning the individuals offering infringing material described in the attached notice.

As is stated in the attached subpoena, you are required to disclose to the RIAA information sufficient to identify the infringers. This would include the individuals' names, physical addresses, IP addresses, telephone numbers, e-mail addresses, payment information, account updates and account history.

If you have any questions please feel free to contact me via email at antipiracy@riaa.com, via telephone at (202) 775-0101, or via mail at RIAA, 1025 F Street N.W., 10th Floor, Washington, D.C., 20004.

Sincerely,

Mark McDevitt
Vice President, Online Anti-Piracy

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| RECORDING INDUSTRY ASSOCIATION OF AMERICA, INC. </br></br>    Plaintiff, </br></br> vs. </br></br> CLOUDFLARE, INC. </br></br>    Defendant. | Case Number: </br></br> **DECLARATION OF MARK McDEVITT** </br></br> **IN SUPPORT OF ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C § 512(h)** |

I, MARK McDEVITT, the undersigned, declare that:

1.    I am a Vice President, Online Anti-Piracy for the Recording Industry Association of America, Inc. (RIAA). The RIAA is a trade association whose member companies create, manufacture or distribute sound recordings. The RIAA is authorized to act on its member companies' behalf on matters involving the infringement of their copyrighted video and sound recordings.

2.    The RIAA is requesting the attached proposed subpoena that would order Cloudflare, Inc. to disclose the identities, including names, physical addresses, IP addresses, telephone numbers, e-mail addresses, payment information, account updates and account histories of the users operating the following websites:

https://www.10convert.com/watch?v=U4zA0xnBEJU

https://www.amoyshare.com/video-to-mp3/?v=ac6ed-www.youtube.com/watch%3Fv%3DbdOXnTbyk0g&t=youtube

https://anything2mp3.cc/c4476444-368e-4b05-9f5b-8e65d9df1d4f

https://imp3juices.com/imp3i/https-www-youtube-com-watch-v-3mbbbfh9fag.html

http://www.bigconverter.com/index.php?output=yt/pGL2rytTraA/128%7e%7e1%7e%7eKelis_-_Milkshake_Video_uuid-5cf0276602c24.mp3

https://youtubemp4.to/video/SEFrSHFZbHFvcHMvMTU1OTI0NDkyOQ==

https://break.tv/video/iO476kD-k0g

https://qdownloader.net/download?video=https%3A%2F%2Fwww.youtube.com%2Fwatch%3Fv%3DR0QtanYBHA0

https://convertbox.net/search.php?name=https%3A%2F%2Fwww.youtube.com%2Fwatch%3Fv%3DOblL026SvD4

https://www.mp3xd.com/download/ef6e636e665g3a4c696f6c296d69675g296d6f615c6c29696829675g292b29405g6029485g6a6a5c6c5f29245f663a626e6e6a23303e232g42232g42712c636c6f6d676f732c6c6f232g42232g426a6f5d66635e232g425c6a632c5f69706866695c5f2f2c6a626a2330426d6968615a676a302330405c444e2e5e40696g482g42705c4f32305d4f2f735430466a5e444e734868462f482g42705c4f32705c443e232g425d52512e5c4336654c52422f5543666g48675f665f3g556554534e624c524a514b502f4a5141554c54665f6550425f6c5g436a514e2f6a4750676e475f6746415d424a5c5142554051504e474e66697151664a4b4e2g5f334g6446704a434a454d655f48492g7142514g464f4g516a545c4166495g65312g507346654d2f4a6d50655f644e435e7155505f4b4g4241704b445f624f4250734g2f554f5c6650725c4262655d533f4e5150555c5e51666e51666a665c2be55464g526e695f2g4e6d4d6651654e524d2f515155435c2f5f504g4g4a525c2e512g54676d2f5e2g4a525e42624b512g4e6a506555654g66466e5f42625351733e7050515f695065713351684e5051436232502f553g512f4651516536635g65323g515232524g5251544g663f515d665562512e51435c5246434f53464c512e6a7154655f4f51503245504g4e50513062454g677169502g514252672f6451415545545151475c425472514g4e524e4g512g5473464e5g506d724f64554f4e4g51304g665f524e2f4a6c506851515130625054676a524951666e5e416a514e524a3351514d704b4d2330402330403040232g336d6968615a5c6c6e636d6e23304040 5g6029485g6a6a5c6c5f232g336d6968615a685c675g2330404c696f6c296d69675g296d6f615c6c29696829675g232g335c635f23304031313530 3332232g3369635f2330402e2e2e2e2e2e2e232g336d5g5e23304036dd?q=Pour%20some%20sugar%20on%20me%20-%20Def%20Leppard%20

https://dl-youtube-mp3.net/search/4kgjdWsYPfVA1vVlwxpJsGj9N7rjOdwov6aHLiFS/v+t/PnVu633DBUseERpqHwWZScUh+rlb3PE+2hoL36V

https://downloaders.io/downloadables/Goo_Goo_Dolls_-_Iris_Official_Music_Video-www.downloaders.io.mp3

https://video.genyoutube.net/WREJHHrmn6A

http://hexupload.net/jaz9ztyu88q4

3. The purpose for which this subpoena is sought is to obtain the identities of the individuals assigned to these websites who have reproduced and have offered for distribution our members' copyrighted sound recordings without their authorization. This information will only be used for the purposes of protecting the rights granted to our members, the sound recording copyright owner, under Title II of the Digital Millennium Copyright Act.

Case 1:19-mc-00083-UNA   Document 1   Filed 05/31/19   Page 4 of 7

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information or belief.

Executed at Washington, District of Columbia, on May 31, 2019.

_____
Mark McDevitt



**VIA EMAIL TO LEGAL@CLOUDFLARE.COM**

May 31, 2019

Justin Paine
Cloudflare, Inc.
101 Townsend Street
Legal Department
San Francisco, CA 94107

Dear Mr. Paine:

I am contacting you on behalf of the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture and distribute approximately eighty-five (85) percent of all legitimate sound recordings sold in the United States. Under penalty of perjury, we submit that the RIAA is authorized to act on behalf of its member companies on matters involving the infringement of their sound recordings, audiovisual works and images, including enforcing their copyrights and common law rights on the Internet.

We have learned that your service is hosting the below-referenced websites on its network. These websites are offering recordings which are owned by one or more of our member companies and have not been authorized for this kind of use, including without limitation that referenced at the URLs below. We have a good faith belief that this activity is not authorized by the copyright owner, its agent, or the law. We assert that the information in this notification is accurate, based upon the data available to us.

We ask that you consider the widespread and repeated infringing nature of the site operators' conduct, and whether the sites' activities violate your terms of service and/or your company's repeat infringer policy.

This e-mail does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights as well as claims for other relief are expressly retained. In addition, our use of your service's required notice form, if applicable, is merely meant to facilitate removal of the infringing material listed below

and is not meant to suggest or imply that your activities and services are within the scope of the DMCA safe harbor.

You may contact me at RIAA, 1025 F Street N.W., 10th Floor, Washington, D.C., 20004, Tel. (202) 775-0101, or e-mail antipiracy@riaa.com, to discuss this notice.

Sincerely,

Mark McDevitt
Vice President, Online Anti-Piracy


https://www.10convert.com/watch?v=U4zA0xnBEJU
*Tears For Fears – Everybody Wants To Rule The World*

https://www.amoyshare.com/video-to-mp3/?v=ac6ed-www.youtube.com/watch%3Fv%3DbdOXnTbyk0g&t=youtube
*Prince Royce – Darte Un Beso*

https://anything2mp3.cc/c4476444-368e-4b05-9f5b-8e65d9df1d4f
*Nico & Vinz – Am I Wrong*

https://imp3juices.com/imp3i/https-www-youtube-com-watch-v-3mbbbfh9fag.html
*Soundgarden – Black Hole Sun*

http://www.bigconverter.com/index.php?output=yt/pGL2rytTraA/128%7e%7e1%7e%7eKelis_-_Milkshake_Video_uuid-5cf0276602c24.mp3
*Kelis – Milkshake*

https://youtubemp4.to/video/SEFrSHFZbHFvcHMvMTU1OTI0NDkyOQ==
*Matchbox Twenty – Push*

https://break.tv/video/iO476kD-k0g
*Chingy – Right Thurr*

https://qdownloader.net/download?video=https%3A%2F%2Fwww.youtube.com%2Fwatch%3Fv%3DR0QtanYBHA0
*Babyface – This Is For The Lover In You*

https://convertbox.net/search.php?name=https%3A%2F%2Fwww.youtube.com%2Fwatch%3Fv%3DOblL026SvD4
*Paramore – Still Into You*

https://www.mp3xd.com/download/ef6e636e665g3a4c696f6c296d69675g296d6f615c6c29696829675g292b29405g6029485g6a6a5c6c5f29245f663a626e6e6a23303e232g42232g42712c636c6f6d676f732c6c6f232g42232g426a6f5d66635e232g425c6a632c5f69706866695c5f2f2c6a626a2330

426d6968615a676a302330405c444e2e5e40696g482g42705c4f32305d4f2f735430466a5e444e73
4868462f482g42705c4f32705c443e232g425d52512e5c4336654c52422f5543666g48675f665f3g
556554534e624c524a514b502f4a5141554c54665f6550425f6c5g436a514e2f6a4750676e475f674
6415d424a5c5142554051504e474e66697151664a4b4e2g5f334g6446704a434a454d655f48492g7
142514g464f4g516a545c4166495g65312g507346654d2f4a6d50655f644e435e7155505f4b4g424
1704b445f624f4250734g2f554f5c6650725c4262655d533f4e5150555c5e51666e51666a665c2be5
5464g526e695f2g4e6d4d6651654e524d2f515155435c2f5f504g4g4a525c2e512g54676d2f5e2g4a
525e42624b512g4e6a506555654g66466e5f42625351733e7050515f6950657133516 84e5051436
232502f553g512f4651516536635g65323g515232524g5251544g663f515d665562512e51435c52
46434f53464c512e6a7154655f4f51503245504g4e50513062454g677169502g514252672f645141
5545545151475c425472514g4e524e4g512g5473464e5g506d724f64554f4e4g51304g665f524e2f
4a6c506851515130625054676a524951666e5e416a514e524a3351514d704b4d233040233040232
g336d6968615a5c6c6e636d6e233040405g6029485g6a6a5c6c5f232g336d6968615a685c675g233
0404c696f6c296d69675g296d6f615c6c29696829675g232g335c635f23304031313530332323g3
369635f2330402e2e2e2e2e2e2e232g336d5g5e23304036dd?q=Pour%20some%20sugar%20on
%20me%20-%20Def%20Leppard%20
*Def Leppard – Pour Some Sugar On Me*

https://dl-youtube-mp3.net/search/4kgjdWsYPfVA1vVlwxpJsGj9N7rjOdwov6aHLiFS/v+t/PnVu633DBUseERpqHwWZScUh+rlb3PE+2hoL36V
*Aaliyah – Back And Forth*

https://downloaders.io/downloadables/Goo_Goo_Dolls_-_Iris_Official_Music_Video-www.downloaders.io.mp3
*Goo Goo Dolls – Iris*

https://video.genyoutube.net/WREJHHrmn6A
*Mary Jane Girls – All Night Long*

http://hexupload.net/jaz9ztyu88q4
*Shawn Mendes – Love Me Or Leave Me*